| AO-10 (WP) Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2003 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br><br>BLOCH, ALAN N. | 2. Court or Organization<br><br>U.S. District Court for the Western District of PA | 3. Date of Report<br><br>4/19/04 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (senior) | 5. Report Type (check appropriate type)<br><br>___ Nomination, Date _____<br>___ Initial  XXX Annual  ___ Final | 6. Reporting Period<br><br>1/1/03 to 12/31/03 |
| 7. Chambers or Office Address<br><br>837 U.S. Post Office & Courthouse<br>Pittsburgh, PA  15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] NONE (No reportable positions.) | |
| 1 Member, Ameritus Board of Directors | Make-A-Wish Foundation of Western Pennsylvania (non-profit organization) |
| 2 | |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [XX] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| **A. Filer's Non-Investment Income** | | |
| [XX] NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| [XX] NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | ☐ NONE (No such reportable reimbursements.) | |
| 1 | Academy of Trial Lawyers of Allegheny County Masters of | Gift of hotel and food in attending the Annual Retreat at Nemacolin Woodlands, PA |
| 2 | Trial Advocacy | Nature of gift: hotel and food<br>Dates of travel: 10/2/03 - 10/4/03 |
| 3 | Philadelphia Intellectual Property Law Association | Gift of hotel and food in attending the Annual Dinner in honor of Federal Judiciary in |
| 4 | | Philadelphia, PA<br>Nature of gift: hotel and food |
| 5 | | Dates of travel: 11/7/03 - 11/8/03 |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | XX NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | XX NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report- |
|---|---|
| BLOCH, ALAN N. | 4/19/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Pa. Caln Township Municipal Sewer Authority | A | Int. | J | T | | | | | |
| 2 Pa. Horsham Township Sewer Authority | " | " | " | " | | | | | |
| 3 Pa. Moon School District Authority | " | " | " | " | | | | | |
| 4 Pa. Northampton-Bucks Municipal Authority | " | " | " | " | | | | | |
| 5 Pa. Swatara Township Sewer Authority | " | " | | | Redeemed | 11/3 | J | | (See explanation in Section VIII) |
| 6 Philadelphia Pa. Gas Works Bond (12th Series) | " | " | J | T | | | | | |
| 7 All. Cty. Hospital Bond (Presbyterian Hos.-Series #2) | " | " | | - | Redeemed | 4/3 | J | | |
| 8 Governor Mifflin Pa. School District Bond | " | " | | | Redeemed | 9/15 | J | | |
| 9 Derry Pa. School District Bond | " | " | | | Redeemed | 2/3 | J | | |
| 10 Lehigh County Revenue Bond (St.Lukes Hospital) | " | " | | | Redeemed | 7/1 | J | | |
| 11 Pa. Intergovernmental Bond | " | " | | | Redeemed | 6/16 | J | | |
| 12 Rose Tree Pa. School District Bond | " | " | J | T | | | | | |
| 13 Allegheny County Airport Bond (Series B) | " | " | | | Redeemed | 1/2 | J | | |
| 14 All. Cty. Hos. Devel. Authority (McGee Women's Hosp.) | " | " | | | Redeemed | 7/1 | J | | |
| 15 Westmoreland Cty. IDA Bond (Westmoreland Hos.) | " | " | J | T | | | | | |
| 16 Northampton Cty. Pa. Higher Education (Lehigh Univ.) | " | " | " | " | | | | | |
| 17 Lehigh Cty. IDA Bond (Pollution Control) | " | " | " | " | | | | | |

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>BLOCH, ALAN N. | Date of Report<br>4/19/04 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| Haverford Township Sch. District Bond | A | Int. | J | T | | | | | |
| Pennsbury Pa. School District | " | " | " | " | | | | | |
| North Wales Pa. Water Authority Bond | " | " | " | " | | | | | |
| Lehigh Cty. Pa. IDA Bond | " | " | " | " | | | | | |
| All. Cty. Hospital Bond (Presbyterian Hos.-Series 92) | " | " | | | Redeemed | 4/3 | J | | |
| Philadelphia Pa. Gas Works (15th Series) | " | " | K | T | | | | | |
| Pa. State Higher Education Facility Bond | " | " | J | " | | | | | |
| Pa. Intergovernmental Co-Op Authority Bond | " | " | | | Redeemed | 6/16 | K | | |
| Pa. State Higher Education Bond | " | " | J | T | | | | | |
| Bethlehem Pa. School District Bond | " | " | " | " | | | | | |
| Central Greene Pa. School District | " | " | " | " | | | | | |
| Deer Lakes School Dis. Bond | B | " | K | " | | | | | |
| Fairfield School District Bond | " | " | | | Redeemed | 6/17 | K | | |
| Montgomery Cty. Bond | A | " | J | T | | | | | |
| Pa. State Higher Education (Temple Univ. Bond) | " | " | " | " | | | | | |
| Philadelphia IDA Airport Bond | " | " | " | " | | | | | |
| Philadelphia Authority Bond | " | " | " | " | | | | | |

| 1. | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2. | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## FINANCIA DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BLOCH, ALAN N. | 4/19/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| Philadelphia City Water Bond | A | Int. | J | T | | | | | |
| Somerset Cty. General Obligation Bond | " | " | " | " | | | | | |
| University of Pittsburgh Bond | " | " | " | " | | | | | |
| University of Pittsburgh Bond | " | " | " | " | | | | | |
| Pa. Turnpike Bond (Series B) | " | " | " | " | | | | | |
| Hampton Township School District Bond | " | " | " | " | | | | | |
| Pa. State Higher Educ. Temple Univ. (1st Series) Bond | B | " | K | " | | | | | |
| Hopewell PA Area School District Bond | A | " | J | " | | | | | |
| Pottstown School District Bond | " | " | " | " | | | | | |
| Girard School District Bond | " | " | " | " | | | | | |
| Armstrong PA School District Bond | B | " | K | " | | | | | |
| Pa. State CTSF. Bond | " | " | | | Redeemed | 7/1 | K | | |
| Garnet Valley School District Bond | A | " | J | T | | | | | |
| Lewistown Borough Water Authority Bond | " | " | " | " | | | | | |
| Pine Richland School District Bond | " | " | " | " | | | | | |
| Pa. State Higher Education (Series O) | " | " | " | " | | | | | |
| North East Pa. School District Bond | B | " | K | " | | | | | |

| 1. | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2. | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000. | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BLOCH, ALAN N. | 4/19/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| South Park School District Bond | A | Int. | J | T | | | | | |
| Sto-Rox School District Bond | " | " | " | " | | | | | |
| Stroudsburg Penn Area School District Bond | B | " | K | " | | | | | |
| Pa. State Higher Educ. Assistance Agency (B/E) | A | " | J | " | | | | | |
| Harrisburg PA Parking Authority Bond | " | " | " | " | | | | | |
| Pa. Turnpike B/E OY Bond | B | " | K | " | | | | | |
| Pa. State Finance Auth. Beaver Cty. Bond | " | " | " | " | | | | | |
| Philipsburg-Osceola School District Bond | A | " | J | " | | | | | |
| Fairview School District Bond | B | " | K | " | | | | | |
| Brookville School District Bond | A | " | J | " | | | | | |
| Adams County Bond | " | " | " | " | | | | | |
| Dauphin County Bond | " | " | " | " | | | | | |
| Jim Thorpe School District Bond | B | " | K | " | | | | | |
| Delaware Cty. IDA Sub. Water Auth. Bond | A | " | J | " | Bought | 1/9 | J | | |
| Mt. Lebanon School District Bond | " | " | " | " | Bought | 1/28 | J | | |
| Lower Merion School District Bond | " | " | " | " | Bought | 3/26 | J | | |
| Altoona PA NTS Series A Bond | B | " | K | " | Bought | 6/16 | K | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BLOCH, ALAN N. | 4/19/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| All. Cty. Hosp. Dev. Auth. Bond (Mercy Hosp.) | B | Int. | K | T | Bought | 7/1 | K | | |
| Philadelphia PA Auth. (Series B) Bond | " | " | " | " | Bought | 7/1 | K | | |
| Pittsburgh Water & Sewer Auth. Bond | A | " | J | " | Bought | 7/7 | J | | |
| Scranton PA Gen. Oblig. (Series B) Bond | " | " | " | " | Bought | 7/11 | J | | |
| Norristown School District Bond | " | " | " | " | Bought | 8/6 | J | | |
| Gateway School District Bond | " | " | " | " | Bought | 8/20 | J | | |
| Elizabethtown Sewer Authority Bond | " | " | " | " | Bought | 10/30 | J | | |
| Interest-PNC Bank-Chkg. Virginia Manor Shops, Pgh. | " | " | K | " | | | | | |
| 50 Units of Pa. Insured Municipal Trust-Series 42 Trustee: Bradford Trust Co. | " | " | J | " | | | | | |
| Vanguard Pa. Insured Tax Free Fund | C | Div. | L | " | | | | | |
| Santander Financial Ltd. (n/k/a BSCH Finance Ltd.) | B | " | | | Sold | 9/15 | K | | |
| Pimco | A | " | J | T | | | | | |
| Bell South | " | " | " | " | | | | | |
| J.P. Morgan Chase 7% Shares | " | " | " | " | | | | | |
| Bond Fund of America | " | " | " | " | Bought | 9/18 | J | | |
| American High Income Trust | " | " | " | " | Bought | 9/18 | J | | |

- - - - - - - - END - - - - - - - -

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

```
Correction:
Section VII, Line 5:
   Pa. Swatara Township Sewer Authority was inadvertently listed as a
full redemption rather than a partial redemption on the 2002 Financial
Disclosure Report. However, it was fully redeemed on 11/3/03.
```

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date __4/19/04__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544